```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT



LEVERN GRANT
                                                      PRISONER
     v.                           CASE NO.   3:03CV573(PCD)

COMMISSIONER ARMSTRONG
```

<u>AMENDED ORDER TO SHOW CAUSE</u>

On June 5, 2003, the court issued an order to show cause and directed petitioner to effect service on the respondent's representative on or before July 8, 2003. Petitioner has now informed the court that he misread the order and failed to effect service. He asks the court for assistance in correction this oversight.

Accordingly, upon the petition of LeVern Grant, signed March 24, 2003, and received by the court on March 31, 2003, it is hereby

ORDERED that the respondents file a response on or before December 23, 2003, showing cause why the relief prayed for in the petition should not be granted and addressing the merits of the petitioner's claims, and it is further

ORDERED that service by mail **by the petitioner** of this order, together with a copy of the petition on respondent's representative, Michael E. O'Hare, Supervisory Assistant State's

Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, on or before November 25, 2003, shall be deemed sufficient.

Entered at Bridgeport, Connecticut, this <u>28th</u> of October, 2003.

<u>/s/ Holly B. Fitzsimmons</u>
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE