UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEVERN GRANT,<br>Petitioner | PRISONER<br>CASE NO. 3:03CV573(PCD)(JGM) |
| V. | |
| COMMISSIONER ARMSTRONG,<br>Respondent | DECEMBER 22, 2003 |

### APPEARANCE

On behalf of the respondent, Commissioner John J. Armstrong, please enter the appearance of:

        Jo Anne Sulik
        Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        (860) 258-5887
        (860) 258-5968 (facsimile)
        Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed to LeVern Grant, Inmate No. 246675, Greensville Correctional Center, 901 Corrections Way, Jarrat, Virginia 23870, on December 22, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney