UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEVERN GRANT

v.

COMMISSIONER ARMSTRONG

PRISONER
Case No. 3:03CV573 (PCD)(JGM)

## RULING AND ORDER

Respondent's Motion for Enlargement of Time Within Which to Comply With the Court's Scheduling Order [**dkt. #7**] is **GRANTED**.

**SO ORDERED.**

Entered this 7th day of January, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE