UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PRISONER  A 10: 58

| | |
|---|---|
| EVERN GRANT,<br>Petitioner | CASE NO. 3:03CV573(PCD)(JGM)<br>US DISTRICT COURT<br>BRIDGEPORT |
| v. | |
| COMMISSIONER ARMSTRONG,<br>Respondent | JANUARY 27, 2004 |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for a four-day enlargement of time to **January 27, 2004**, to file a response to the Court's amended order to show cause. This is the respondent's second motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.  In an amended order to show cause [Doc. # 5], the Court ordered the petitioner to serve a copy of his petition, together with a copy of the show cause order, on the respondent on or before November 25, 2003. Those documents were not received by the Office of the Chief State's Attorney until December 19, 2003. The respondent moved for an enlargement of time to January 23, 2004, which was granted.

2.  During the month of January 2003, I have been preparing the respondent's response to a show cause order in the matter of Michael Mourning v. Warden Zyrenda, Case No. 3:02CV2318(CFD)(WIG), U.S. District Court, District of Connecticut. Also, I

epresented the respondent in the state habeas trial in <u>Daniel Hayes v. Commissioner of Correction</u>, Docket No. CV00-0441977, Superior Court in the judicial district of New Haven n January 14, 2004. I am preparing for a state habeas trial in the matter of <u>Martin Dickinson v. Garrell Mullaney, et al</u>, Docket No. CV01-0096308, Superior Court in the udicial district of Middlesex which is scheduled to commence on January 28, 2004. inally, I prepared and filed two motions on the respondent's behalf in the state habeas orpus matter of <u>Lennard Toccaline v. Commissioner of Correction</u>, Docket No. CV02-814816-S, Superior Court in the judicial district of Hartford on January 12, 2004. epresented the respondent at a hearing on those motions that was held on January 20, 004.

3. Due to these and other considerations, the respondent hereby moves this ourt for a enlargement of time to **January 27, 2004**, to file its response in the above- aptioned matter.

                Respectfully submitted,

                RESPONDENT-COMMISSIONER
                ARMSTRONG

By: _____
                JO ANNE SULIK
                Assistant State's Attorney
                Civil Litigation Bureau
                Office of the Chief State's Attorney
                300 Corporate Place
                Rocky Hill, Connecticut 06067
                (860) 258-5887
                (860) 258-5968 (facsimile)
                Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this motion was mailed to LeVern Grant, Inmate No. 246675, Greensville Correctional Center, 901 Corrections Way, Jarrat, Virginia 23870, on January 27, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney