UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Feb 5  3 20 AM '04
U.S.
NEW HAVEN, CONN.

| | |
|---|---|
| LEVERN GRANT | : |
| v. | : PRISONER |
| | : Case No. 3:03CV573 (PCD)(JGM) |
| COMMISSIONER ARMSTRONG | : |

### RULING AND ORDER

Respondent's Motion for Enlargement of Time Within Which to Comply With the Court's Scheduling Order [dkt. #9] is **GRANTED**. The Clerk is directed to docket the respondent's motion to dismiss.

**SO ORDERED.**

Entered this 4th day of February, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE