UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEVERN GRANT                                      PRISONER

v.                                                 CASE NO.  3:03CV573 (PCD)

JOHN J. ARMSTRONG

## J U D G M E N T

This cause came on for consideration on respondent's motion to dismiss the petition for a Writ of Habeas Corpus before the Honorable Peter C. Dorsey, United States District Judge.

The Court has considered the motion and all the related papers.  On May 12, 2004, the Court filed its Ruling and Order granting the motion and determining that a certificate of appealability will not issue.

Therefore, it is **ORDERED** and **ADJUDGED** that the petition is dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 12th of May, 2004.

KEVIN R. ROWE, Clerk

By  /s/ Donna P. Thomas
     Donna P. Thomas
     Deputy Clerk

Entered on the Docket _____