UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

APR 27 2005

LEVERN GRANT,
    Petitioner,

v.

COMMISSIONER ARMSTRONG,
    Respondent.

PRISONER
CASE NO. 3:03CV573 (PCD)

DATE: 4-20-05

FILED
2005 MAY 18 P 4:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION TO RE-OPEN

The petitioner, PRO SE, hereby moves this Honorable USDC pursuant to the Federal Rules of civil procedure, Rule 60 (b)(6)[1] to re-open (it's) Order of dismissile. In support hereof, he state's the following:

1. That he was transferred by the Connecticut Department of Correction without his property too Virginia for the service of his sentence.

2. That his correspondence and legal materials were lost and/or mis-placed by the Connecticut Department of Correction, through no fault of the petitioner.

3. That the petitioner is not schooled in the science of law and is relying upon a "jail-house" lawyer to articulate his cause of action as described herein.

4. That no harm will be suffered by the respondent should this motion be granted, nor, was the petitioner ignoring the Respondent's Motion to Dismiss, and given the opportunity; he will be able to demonstrate that equitable tolling is warranted in this matter...

RESPECTFULLY
SUBMITTED

BY: /s/ Levern Grant
LEVERN GRANT, PRO-SE
MACDOUGALL/WALKER, C.I.
1153 East St. South
Suffield, Ct. 06080

1. SEE COPY OF THE ORDER OF DISMISSILE ATTACHED HERETO.

WHEREFORE, the petitioner, respectfully request's this Honorable USDC to GRANT his Motion, and/or Order a hearing where the petitioner could establish his claim(s) by clear and convincing evidence..

LEVERN GRANT-PETITIONER-PRO-SE-

CERTIFICATION:

I hereby certify that a copy of the foregoing Motion was mailed this 21 day of April, 2005 to the Respondent:

OFFICE OF THE ATTORNEY GENERAL
MACKENZIE HALL
110 SHERMAN STREET
HARTFORD, CONN. 06105

LEVERN GRANT-PETITIONER-PRO-SE-