# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LEVERN GRANT,
    PETITIONER,

V.

COMMISSIONER ARMSTRONG,
    RESPONDENT.

**FILED**

2005 MAY 18  P 4: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER
CASE NO. 3:03CV573 (PCD)

DATE: 05/13/05

## AFFIDAVIT OF VARIFICATION

1. The petitioner, Levern Grant, am over the age of 18 years old, and know and believe in the sanctity of an oath.

2. That the petitioner inadvertantly mailed the original affidavit to the respondent's lead attorney at the office of the Attorney General as described in his certification in the original(s) upon the Motion and affidavit..

3. The petitioner, as a pro-se litigate, has not attempted to circumvent the Rules of this Honorable U.S.D.C, but simply made a mistake to which no harm was suffered by the parties.. As such, he has signed his original signature upon an April 27, 2005 stamped affidavit and Motion to re-open judgment..

RESPECTFULLY
Submitted

BY: _Levern Grant_
LEVERN GRANT - PETITIONER-
MACDOUGALL/WALKER, C.I.
1153 EAST STREET SOUTH
SUFFIELD, CT. 06080

-2-

WHEREFORE, the petitioner, respectfully requests this Honorable USDC to relax the rules having to do with this matter and to proceed with law accordingly..

_LEVERN GRANT-PETITIONER-_

THE foregoing statements are giving under the laws and penalties of perjury by the petitioner who knows them to be true and accurate to the best of his knowledge and belief..

So said I,

_LEVERN GRANT-PETITIONER-_
MACDOUGALL/WALKER, C.I.
1153 EAST ST. SOUTH
Suffield, CT. 06080

CERTIFICATION:
I hereby certify that a copy of the foregoing was mailed this 13 day of May, 2005, to:

Office of the Attorney General    Jo Anne Sulik, A.S.A.
MacKenzie Hall                    Office of the Chief State's Attn.
110 Sherman St.                   300 Corporate Place
Hartford, CT. 06105               Rocky Hill, CT. 06067

_LEVERN GRANT-PETITIONER-_