UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 27 2005

LEVERN GRANT,
    Petitioner,

v.

COMMISSIONER ARMSTRONG,
    Respondent.

FILED
2005 MAY 18 P 4:52

PRISONER
CASE NO. 3:03CV573(PCD)

DATE: 4·20·05

## AFFIDAVIT

1. The petitioner, Levern Grant, is over the age of 18 yrs. old and know and believe in the sanctity of an oath.

2. That I have read the foregoing Motion and know it to be true and accurate to the best of my knowledge and belief under the laws and penalties of perjury .....

3. So said I, _____, this 20 day of April, 2005...

RESPECTFULLY
SUBMITTED
BY: _____
LEVERN GRANT-PETITIONER-PRO-SE-
MACDOUGALL/WALKER, C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONN. 06080

CERTIFICATION:

      I hereby certify that a copy of the foregoing affidavit was mailed this 21 day of April, 2005 to the Office of the Attorney General-Respondent at:

office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Conn. 06105

                                                    LEVERN GRANT-PETITIONER-PRO-SE-
                                                    MACKENZIE HA