UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN -8 P 2: 12
U.S. DISTRICT COURT

LEVERN GRANT,
    Petitioner,

v.

COMMISSIONER ARMSTRONG,
    Respondent.

PRISONER
CASE NO. 3:03CV573(PCD)

## RULING AND ORDER

On May 12, 2005, the court granted respondent's motion to dismiss this petition on the ground that the petition was time-barred. Petitioner moves to reopen the action. He states that he will be able to demonstrate that equitable tolling is warranted in this case.

The court considered equitable tolling for the period the federal habeas petition was pending. Petitioner has not identified the time period to which he would apply equitable tolling or indicated the reason equitable tolling would be warranted.

Petitioner's motion to reopen [**doc. #16**] is **DENIED** without prejudice. Petitioner may refile his motion on or before **June 27, 2005**, if he can identify a reason why and a period during which the limitations period should be equitably tolled.

**SO ORDERED** this ___6th___ day of June, 2004, at New Haven, Connecticut.

_____
Peter C. Dorsey

United States District Judge

2