UNITED STATES DISTRICT COURT
District of Connecticut

LEVERN GRANT,
    Petitioner,

V.

COMMISSIONER ARMSTRONG,
    Respondent.

FILED
JUN 28 2005

2005 AUG 16 P 4:22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NO. 3:03cv573(PCD)

DATE: 06/21/05

## MOTION FOR ENLARGEMENT OF TIME

    The Petitioner, pro-se, hereby moves this Honorable U.S.D.Court pursuant to (it's) Ruling and Order for an enlargement of time of 30 days or until July 21, 2005 to comply with this court's Ruling(s). In support hereof; the petitioner state's:

1.    That this Honorable U.S.D.C. made an Order dated June 6th 2005 at New Haven, Connecticut, and filed June 8th 2005. (Doc. 17-1).(Sic)....

2.    That the court mailed this Ruling and Order in a letter/envelope post-marked June 16, 2005, which the petitioner received on Tuesday, June 21st., 2005, or six (6) days before(it's) said Order is due in this Court. **See Postmarked envelope attached hereto.**

3.    That the petitioner is a Connecticut prison inmate seeking the assistance of a **jail-house** lawyer who must obtain copies and do research to effectively articulate the petitioner's claim(s) clearly and accurately after receiving the evidence to substantiate his claim(s)...

RESPECTFULLY
SUBMITTED
BY: _____
LEVERNE GRANT-PETITIONER-PRO-SE
MacDOUGALL/WALKER, C.I.
1153 East Street South
Suffield, Conn. 06080

    WHEREFORE, the petitioner prays this Honorable U.S.D.C. Grant's his request for an enlargement of time of thirty (30) days or until July 21, 2005 to comply with this court's Ruling and Order.

_____
LEVERN GRANT-PETITIONER-Pro-Se-

CLERK U. S. DISTRICT COURT
U.S. COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

OFFICIAL BUSINESS

Levern Grant #134579
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

CERTIFICATION:

    I hereby certify that a copy of the foregoing was mailed this 5th day of August 2005, to:

Margaret Q. Chapple,
Assistant Attorney General
McKenzie Hall
110 Sherman St.
Hartford, CT. 06105

*LeVerne Grant*
LEVERNE GRANT, PRO-SE
MacDougall/Walker, C.I.
1153 East St. South
Suffield, CT. 06080