UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEVERN GRANT,
    Petitioner,                :

v.                             :    case no. 3:03CV573 (PCD)

COMMISSIONER ARMSTRONG,        :
    Respondent.
                               :    DATE: MARCH 20, 2006

## NOTICE OF APPEAL

The Petitioner, pro-se, hereby gives notice of his intentions to appeal to the **second circuit court of appeals**. In support hereof, he state's the following:

1. Whether the trial court abused it's descretion when it dismissed the petitioner's application for a writ of habeas corpus ?

2. Whether the trial court erred when it dismissed the petitioner application for a writ of habeas pursuant to "AEDPA" and section(s) 2244(d) or 2255 (2)...?

```
                              RESPECTFULLY
                              SUBMITTED

                        BY:   [signature]
                              LEVERN GRANT-PETITIONER-
                              MACDOUGALL/WALKER, C.I.
                              1153 EAST STREET SOUTH
                              SUFFIELD, CONN. 06080
```