AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ District of _____

2006 MAR 23 P 4:42

| | |
|---|---|
| Levern Grant<br>Plaintiff<br><br>V.<br><br>Commissioner Armstrong,<br><br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>CASE NO. #:03CV573 (PCD) |

I, **Levern Grant** _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your       Macdougall/Walker, C.I.

    Are you employed at the        yes        Do you receive any payment from the        Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    N/A.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    N/A.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-         ☐ Yes    ☒ No
    b. Rent payments, interest or dividends       ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance      ☐ Yes    ☒ No
    d. Disability or workers compensation payments ☐ Yes   ☒ No
    e. Gifts or inheritances                      ☐ Yes    ☒ No
    f. Any other sources                          ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    N/A

4. Do you have any cash or checking or savings     ☐ Yes     ☒ No

   If "Yes," state the total _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_3/20/06_       _____
Date                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

03/20/2006 10:29          DEPARTMENT OF CORRECTIONS           Page    2 Of    3
WAMA103                 CONNECTICUT DEPARTMENT OF CORRECTION        OTRTASTA
                         TRUST   ACCOUNT   STATEMENT               4.14.1.4

Case 3:03-cv-00573-PCD    Document 24    Filed 03/23/2006    Page 3 of 5

DOC:  0000134579     Name: GRANT, LEVERNE                DOB: 03/24/1969
LOCATION: 137-N

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | /FUL   /Rg:2 7 @1.25    12/23/2005-12/29/2005 | | |
| 01/09/2006 | CRS | CRS SAL ORD #3631868 D1 | ( 35.41) | 49.38 |
| 01/17/2006 | CRS | CRS SAL ORD #3646259 D1 | ( 8.53) | 40.85 |
| 01/18/2006 | DSP | MNL /NUNI DSP /FUL   /Rg:2 7 @1.25 12/30/2005-01/05/2006 MNL /NUNI DSP /FUL   /Rg:2 7 @1.25   01/06/2006-01/12/2006 | 17.50 | 58.35 |
| 01/23/2006 | CRS | CRS SAL ORD #3658939 D1 | ( 16.94) | 41.41 |
| 01/31/2006 | CRS | CRS SAL ORD #3676010 D1 | ( 14.41) | 27.00 |
| 01/31/2006 | DSP | MNL /NUNI DSP /FUL   /Rg:2 7 @1.25 01/13/2006-01/19/2006 MNL /NUNI DSP /FUL   /Rg:2 7 @1.25   01/20/2006-01/26/2006 | 17.50 | 44.50 |
| 02/14/2006 | CRS | CRS SAL ORD #3700760 D1 | ( 10.72) | 33.78 |
| 02/14/2006 | DSP | MNL /NUNI DSP /FUL   /Rg:2 7 @1.25 01/27/2006-02/02/2006 MNL /NUNI DSP /FUL   /Rg:2 7 @1.25   02/03/2006-02/09/2006 | 17.50 | 51.28 |
| 02/28/2006 | DSP | MNL /NUNI DSP /FUL   /Rg:2 7 @1.25 02/10/2006-02/16/2006 MNL /NUNI DSP /FUL   /Rg:2 7 @1.25   02/17/2006-02/23/2006 | 17.50 | 68.78 |
| 03/07/2006 | CRS | CRS SAL ORD #3744259 D1 | ( 9.74) | 59.04 |
| 03/13/2006 | WSR | Special Request - 137 | ( 40.00) | 19.04 |
| 03/13/2006 | CRS | CRS SAL ORD #3759497 D1 | ( 18.41) | 0.63 |
| 03/14/2006 | DSP | MNL /NUNI DSP /FUL   /Rg:2 7 @1.25 02/24/2006-03/02/2006 MNL /NUNI DSP /FUL   /Rg:2 7 @1.25   03/03/2006-03/09/2006 | 17.50 | 18.13 |

TRANSACTION DESCRIPTIONS --          MANDATORY SAVINGS  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                    BONDS  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                     PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --          HOLIDAY PACKAGES  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/22/2005 | HPK | Holiday Package  137 | 30.00 | 30.00 |
| 11/23/2005 | CRS | CRS SAL ORD #3534451 D1 | ( 28.05) | 1.95 |
| 12/14/2005 | CRS | | ( 1.50) | 0.45 |

Case 3:03-cv-00573-PCD    Document 24    Filed 03/23/2006    Page 4 of 5

DOC:  0000134579     Name: GRANT, LEVERNE                    DOB: 03/24/1969
LOCATION: 137-N

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | CRS SAL ORD #3581442 D1 | | |
| 12/14/2005 | HPK | Holiday Package  137 | 50.00 | 50.45 |
| 12/29/2005 | OT | Sub-Account Transfer | ( 50.45) | 0.00 |

Case 3:03-cv-00573-PCD   Document 24   Filed 03/23/2006   Page 5 of 5

DOC: 0000134579     Name: GRANT, LEVERNE                   DOB: 03/24/1969
LOCATION: 137-N

ACCOUNT BALANCES Total :     18.13    CURRENT:    18.13   HOLD:        0.00

                          11/01/2005     03/20/2006

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDABLE BALANCE | 44.34 | 18.13 |
| MANDATORY SAVINGS | | |
| BONDS | | |
| PLRA | | |
| HOLIDAY PACKAGES | .00 | .00 |

                        DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

              TRANSACTION DESCRIPTIONS --     SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/07/2005 | CRS | CRS SAL ORD #3497642 D1 | ( 10.13) | 34.21 |
| 11/08/2005 | DSP | MNL /NUNI DSP /FUL /Rg:2 7 @1.25 10/21/2005-10/27/2005 MNL /NUNI DSP /FUL /Rg:2 7 @1.25 10/28/2005-11/03/2005 | 17.50 | 51.71 |
| 11/10/2005 | WSR | Special Request - 137 | ( 50.00) | 1.71 |
| 11/21/2005 | CRS | CRS SAL ORD #3530770 D1 | ( 1.62) | 0.09 |
| 11/22/2005 | DSP | MNL /NUNI DSP /FUL /Rg:2 7 @1.25 11/04/2005-11/10/2005 MNL /NUNI DSP /FUL /Rg:2 7 @1.25 11/11/2005-11/17/2005 | 17.50 | 17.59 |
| 11/23/2005 | CEC | CEC SAL ORD #3530770 | 1.62 | 19.21 |
| 11/29/2005 | CRS | CRS SAL ORD #3545373 D1 | ( 17.22) | 1.99 |
| 12/06/2005 | DMR | Mail Receipts  137 | 50.00 | 51.99 |
| 12/06/2005 | DSP | MNL /NUNI DSP /FUL /Rg:2 7 @1.25 11/18/2005-11/24/2005 MNL /NUNI DSP /FUL /Rg:2 7 @1.25 11/25/2005-12/01/2005 | 17.50 | 69.49 |
| 12/13/2005 | CRS | CRS SAL ORD #3579115 D1 | ( 37.73) | 31.76 |
| 12/19/2005 | CRS | CRS SAL ORD #3592269 D1 | ( 10.01) | 21.75 |
| 12/20/2005 | DSP | MNL /NUNI DSP /FUL /Rg:2 7 @1.25 12/02/2005-12/08/2005 MNL /NUNI DSP /FUL /Rg:2 7 @1.25 12/09/2005-12/15/2005 | 17.50 | 39.25 |
| 12/27/2005 | CRS | CRS SAL ORD #3606465 D1 | ( 22.41) | 16.84 |
| 12/29/2005 | OT | Sub-Account Transfer | 50.45 | 67.29 |
| 01/04/2006 | DSP | MNL /NUNI DSP /FUL /Rg:2 7 @1.25 12/16/2005-12/22/2005 MNL /NUNI DSP | 17.50 | 84.79 |