Date: 5/17/06
Docket Number: 06-1425-pr
Short Title: Grant v. Armstrong
DC Docket Number: 03-cv-573 PLIS
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Peter Dorsey

FILED

2006 MAY 22 P 12: 00

U.S. DISTRICT COURT
NEW HAVEN, CT

## ORDER

Leave to proceed on appeal In Forma Pauperis is Granted ~~Denied~~.

Date: May 22, 2006

_____
United States District Judge