

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

Date:              8/9/06
Docket Number:     06-1425-pr
Short Title:       Grant v. Armstrong
DC Docket Number:  03-cv-573
DC:                CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Peter Dorsey

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the ninth day of August, two thousand six.

---

Levern Grant,

  Petitioner-Appellant,

v.

Commissioner Armstrong,

  Respondent-Appellee.

---



A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof **on the district court order of 3/16/06**, it is **ORDERED** that said appeal be, and it hereby is **DISMISSED** without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, you are hereby directed to promptly move for a certificate of appealability in the district court.

For the Court,
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

Certified:    AUG 9  2006