```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


LEVERN GRANT,                     :
         Petitioner,              :
                                  :              PRISONER
         v.                       :   CASE NO. 3:03CV573(PCD)
                                  :
COMMISSIONER ARMSTRONG,           :
         Respondent.              :
```

RULING ON MOTION FOR CERTIFICATE OF APPEALABILITY

Petitioner, LeVern Grant ("Grant"), filed this action pro se for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On May 12, 2004, the court granted respondent's motion to dismiss on the ground that the petition was untimely filed. Grant now asks the court to issue a certificate of appealability to enable her to appeal the dismissal.

In the May 12, 2004 ruling, the court stated: "This court concludes that a plain procedural bar is present here; no reasonable jurist could conclude that Grant timely filed his petition. Accordingly, a certificate of appealability will not issue." Because the court has previously determined that no certificate of appealability will issue, Grant's motion [**doc. #27**] is **DENIED** for the reasons stated in the previous ruling.

**SO ORDERED** this ___15th___ day of September, 2006, at New Haven, Connecticut.

                                                                                      /s/
                                               Peter C. Dorsey
                                               United States District Judge