# MANDATE

D. Conn. (new haven)
03-cv-573
Dorsey, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of August, two thousand and six.

Present:

    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
    Hon. Richard C. Wesley,
              *Circuit Judges.*

---

Levern Grant,

             Petitioner-Appellant,

    v.                                                                                          06-1425-pr

Commissioner Armstrong,

             Respondent-Appellee.

---

Appellant, *pro se,* moves for a certificate of appealability to appeal from a May 2004 judgment of the district court dismissing his habeas petition as time-barred and declining to issue a certificate of appealability. This Court has determined *sua sponte* that the notice of appeal was untimely filed, and, thus, the appeal is DISMISSED. *See* Fed. R. App. P. 4(a)(1). This Court may not extend the time for appellant to file a notice of appeal. *See* Fed. R. App. P. 26(b)(1). It is further ORDERED that the motion for a certificate of appealability is DENIED as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature: Lucille Carr]*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

SAO-JJF

AUG 29 2006   Certified:
AUG 29 2006

D. Conn. (new haven)
03-cv-573 PRIS
Dorsey, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of August, two thousand and six.

Present:

    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
    Hon. Richard C. Wesley,
                *Circuit Judges.*

---

Levern Grant,

                Petitioner-Appellant,

    v.                                          06-1425-pr

Commissioner Armstrong,

                Respondent-Appellee.

---

Appellant, *pro se*, moves for a certificate of appealability to appeal from a May 2004 judgment of the district court dismissing his habeas petition as time-barred and declining to issue a certificate of appealability. This Court has determined *sua sponte* that the notice of appeal was untimely filed, and, thus, the appeal is DISMISSED. *See* Fed. R. App. P. 4(a)(1). This Court may not extend the time for appellant to file a notice of appeal. *See* Fed. R. App. P. 26(b)(1). It is further ORDERED that the motion for a certificate of appealability is DENIED as moot.

                              FOR THE COURT:
                              Roseann B. MacKechnie, Clerk
                              By: *[signature] Lucille Carr*

SAO-JJF

AUG 2 9 2006    Certified:    AUG 2 9 2006



"Frank Perez"
<Frank_Perez@ca2.uscourts.gov>

08/29/2006 02:14 PM

To  <ctd_appeals@ctd.uscourts.gov>
cc
bcc
Subject  06-1425 -pr Grant v. Armstrong Certified copy issued on 08/29/06

D. Conn.
03-cv-573
Dorsey, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of August, two thousand and six.

Present:

    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
    Hon. Richard C. Wesley,
        *Circuit Judges.*

---

Levern Grant,

        Petitioner-Appellant,

    v.                                              06-1425-pr

Commissioner Armstrong,

        Respondent-Appellee.

---

Appellant, *pro se*, moves for a certificate of appealability to appeal from a May 2004 judgment of the district court dismissing his habeas petition as time-barred and declining to issue a certificate of appealability. This Court has determined *sua sponte* that the notice of appeal was untimely filed, and, thus, the appeal is DISMISSED. *See* Fed. R. App. P. 4(a)(1). This Court may not extend the time for appellant to file a notice of appeal. *See* Fed. R. App. P. 26(b)(1). It is further ORDERED that the motion for a certificate of appealability is DENIED as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

THE CERTIFIED ( ) ORDER ( ) ~~MOTION~~
                STATEMENT OF COSTS
HAS BEEN RECEIVED BY _____
                              DATE:

SAO-IIP

AUG 2 9 2006