# MANDATE

FILED  D.Conn (new haven)
03-cv-573
Dorsey, J.

United States Court of Appeals P 1: 53
FOR THE
SECOND CIRCUIT

U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the _15th_ day of _November_, two thousand six.

Present:

    Hon. Wilfred Feinberg,
    Hon. Pierre N. Leval,
    Hon. José A. Cabranes,
               *Circuit Judges.*



Levern Grant,

                Petitioner-Appellant,

      v.                                            06-1425-pr

Commissioner Armstrong,

                Respondent-Appellee.

Appellant, *pro se*, moves for a certificate of appealability and for appointment of counsel to appeal from the district court's May 2004 judgment denying his 28 U.S.C. § 2254 petition as untimely and the March 2006 order denying his motion to reopen the proceedings pursuant to Federal Rule of Civil Procedure 60(b)(6). This Court previously dismissed the appeal as to the May 2004 judgment, as untimely under Federal Rule of Appellate Procedure 4(a)(1). *See* Order dated August 29, 2006. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal from the March 2006 order is also DISMISSED because Appellant has not shown that "(1) jurists of reason would find it debatable whether the district court abused its discretion in denying the Rule 60(b) motion, and (2) jurists of reason would find it debatable whether the underlying habeas petition, in light of the grounds alleged to support the 60(b) motion, states a valid claim of the denial of a constitutional right." *Kellogg v. Strack*, 269 F.3d 100, 104 (2d Cir. 2001).

A TRUE COPY
Thomas Asreen, Acting Clerk

by _/s/_ Deputy Clerk

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: _/s/_ Richard Alcantara, Deputy Clerk

Issued as Mandate: JAN 8 - 2007