UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEVERN GRANT,** | : | **PRISONER** |
| *Petitioner* | : | CASE NO. 3:03CV573 (PCD) |
| | : | |
| **V.** | : | |
| | : | |
| **COMMISSIONER ARMSTRONG,** | : | SEPTEMBER 10, 2008 |
| *Respondent* | : | |

## APPEARANCE

Please enter the appearance of:

        COURTNEY GATES-GRACESON
        Special Deputy Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        Tel. (860) 258-5887
        Fax. (860) 258-5968
        Federal Bar No. ct 27236

for the respondent.

        _____
        COURTNEY GATES-GRACESON
        Special Deputy Assistant State's Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to: Levern Grant Inmate #134579, MacDougall-Walker C.I., 1153 East Street South, Suffield, CT 06080 on September 10, 2008.

_____
COURTNEY GATES-GRACESON
Special Deputy Assistant State's Attorney